STATE OF CONNECTICUT *v.* DAVID BROWN

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 108, is dismissed.

*Judith A. Busch,* in support of the petition.

*Geoffrey E. Marion,* assistant state's attorney, in opposition.

Decided September 18, 1990

EXPRESSWAY ASSOCIATES II *v.* FRIENDLY ICE CREAM CORPORATION OF CONNECTICUT

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 124, is granted, limited to the following issue:

"Was the Appellate Court correct in including further proceedings with respect to damages in the remand when the plaintiff failed to prove damages at trial and conceded that it was entitled only to nominal damages?"

*William H. Champlin III,* in support of the petition.

*Stephen Sakonchick II* and *James T. Shearin,* in opposition.

Decided September 18, 1990

MORTON J. DOWNEY, SR. *v.* RETIREMENT BOARD OF THE CITY OF WATERBURY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 22 Conn. App. 172, is denied.

*Louise Allen Brown,* assistant corporation counsel, in support of the petition.

*Linda Selby Tableman,* in opposition.

Decided September 18, 1990